UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERNEST GIBBS, JR.,<br><br>                    Plaintiff,<br><br>v.<br><br>SHERIFF DOUG GILLESPIE, et al.,<br><br>                    Defendants. | 2:11-CV-1061 JCM (GWF) |

**ORDER**

Presently before the court is the report and recommendation of Magistrate Judge George Foley, Jr (doc. #7) regarding the dismissal of plaintiff's complaint (doc. #1-1). No objections have been filed.

Upon review of the magistrate judge's recommendation and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the report and recommendation of Magistrate Judge George Foley, Jr (doc. #7) regarding the dismissal of plaintiff's amended complaint (doc. #4) be, and the same hereby is, AFFIRMED in its entirety.

IT IS THEREFORE ORDERED that plaintiff's amended complaint (doc. #4) be, and the same hereby is, DISMISSED with prejudice.

DATED February 23, 2012.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge